IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MELVIN WILLIS**                                                                                   **PETITIONER**
Reg. #48144-044

V.                                    CASE NO. 2:21-CV-43-JM-BD

**BUREAU OF PRISONS**                                                                 **RESPONDENT**

## ORDER

Melvin Willis pleaded guilty in the Eastern District of Missouri to three counts of possession with intent to distribute. *See United States v. Willis*, 4:18-CR-750-CDP (E.D. MO.) (Nov. 12, 2020) (Doc. 109). The Court sentenced Mr. Willis to the Bureau of Prisons for 120 months' imprisonment. (*Id*. at 2). He is currently serving his federal sentence at the Federal Correctional Complex in Forrest City, Arkansas. (Doc. 1)

Mr. Willis filed a request for compassionate release with this Court. (Doc. 1) Compassionate release requests like this one are governed by 18 U.S.C. §3582(c)(1)(A). But jurisdiction to rule on such request resides with the sentencing court alone. To pursue his request for compassionate release, Mr. Willis must move for release in the district court that imposed the sentence, the Eastern District of Missouri. Accordingly, Mr. Willis's petition (Doc. 1) is dismissed without prejudice for lack of jurisdiction.[1]

IT IS SO ORDERED this 27th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk filed Mr. Willis's submission as a petition for writ of habeas corpus brought under 28 U.S.C. § 2241, and the case was automatically referred to Magistrate Judge Beth Deere. The Court withdraws the referral.