IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MELVIN WILLIS**                                                                                       **PETITIONER**
Reg. #48144-044

V.                               CASE NO. 2:21-CV-43-JM-BD

**BUREAU OF PRISONS**                                                                **RESPONDENT**

## ORDER

Pursuant to the Order entered today, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE